# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**J. CAIDOR**

    vs.           **CASE NUMBER: 5:05-cv-297**

**MICHAEL HARRINGTON**
**and C. DEVITO,**

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Defendants' motion for summary judgment (Dkt. No. 49) is granted, and Plaintiff's Complaint (Dkt No. 1) is dismissed.

    All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 26th day of January, 2009.

DATED: January 26, 2009

*[signature]*
Clerk of Court

/s
L. Welch
Deputy Clerk